371 A.2d 1312

Sachek, Appellant, v. Dreon et ux., et al.

Argued November 16, 1976. Jay L. Fingeret, with him Messer & Shilobod, for appellant; Joanne Ross Wilder, with her Kenneth P. Christman, for appellees.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1312

Safeguard Investment Company, Appellant,
v. Cirincione et ux.

Argued November 10, 1976. Rodney W. Fink, for appellant; Lewis M. Taffer, for appellees.

Order affirmed.